### No. 12,004.

### STATE EX REL. HENRY BIER VS. JAMES C. MOISE, JUDGE.

APPLICATION for Writs of *Certiorari*, Prohibition and *Mandamus*.

*Lazarus, Moore & Luce* and *E. B. Kruttschnitt* for Relator.

*M. J. Cunningham*, Attorney General, *E. Howard McCaleb* and *R. H. Browne* for Respondent.

Submitted on briefs December 7, 1895.
Opinion handed down December 21, 1895.

The issues involved in this application are determined by the decisions this day rendered in the cases Nos. 12,003 and 12,005 on the docket of this court, *ante* pp. 109 and 140.

The opinion of the court was delivered by NICHOLLS, C. J.